IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NILDA JOHNSON                                                           PLAINTIFF

V.                                          4:06CV924 JMM

UNUM LIFE INSURANCE
COMPANY OF AMERICA                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered on January 22, 2008, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 22nd day of January 2008.

_____
James M. Moody
United States District Judge